UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| JASON RILEY BAUCOM, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 2:16-CV-8 NAB |
| GEORGE A. LOMBARDI, et al., | ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. The complaint contains the full names of two minor children. Under Local Rule 5-2.17(A)(2), "[o]nly the initials of minor children may be listed in [a] filing." As a result, the Court will return the complaint to plaintiff so that he can redact the names of the minor children and replace them with the children's initials.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to return the complaint to plaintiff.

**IT IS FURTHER ORDERED** that plaintiff must redact each instance of the minor children's full names and replace them with the children's initials. Compliance is due no later than twenty-one (21) days from the date of this Order. If plaintiff fails to comply with this Order, the Court may dismiss this action without further proceedings.

Dated this 23rd day of February, 2016.

　/s/ Nannette A. Baker　
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE